Judge Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JCM NORTHLINK, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:18-cv-00366<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>[CLERK'S ACTION REQUIRED] |

## I. STIPULATION

COMES NOW the parties hereto, Plaintiff, JCM NORTHLINK, LLC, by and through their attorneys of record, Charles K. Davis and Gregory L. Harper, and Defendant, WESTCHESTER FIRE INSURANCE COMPANY, by and through their attorney of record, Gregory S. Worden, and hereby stipulate that all of Plaintiff's claims against Defendant in this action shall be dismissed with prejudice and without costs.

DATED this 11th day of September, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP     HARPER HAYES PLLC

By: s/Gregory S. Worden
Gregory S. Worden, WSBA #24262
Attorney for Defendant

By: s/Charles K. Davis
Charles K. Davis, WSBA #38231
Gregory L. Harper, WSBA #27311
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL- 1
USDCWD NO. 2:18-cv-00366

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4824-9385-0993.1

## II. ORDER OF DISMISSAL

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE, AND DECREE** that all claims asserted against Defendant in this action shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED: Sept. 12, 2018

_____
JUDGE ROBERT S. LASNIK

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  s/Gregory S. Worden
    Gregory S. Worden, WSBA #24262
    Attorney for Defendant

HARPER HAYES PLLC

By:  s/Charles K. Davis
    Charles K. Davis, WSBA #38231
    Gregory L. Harper, WSBA #27311
    Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL- 2
USDCWD NO. 2:18-cv-00366

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4824-9385-0993.1